# LAW OFFICES OF
# TODD WENGROVSKY, PLLC.

285 Southfield Road, Box 585
Calverton, New York 11933
Tel (631) 727-3400
Fax (631) 727-3401
contact@twlegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/24

via ECF

August 21, 2024

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Extension approved.

[signature]

Re: Chosen Figure LLC v. Alan King LLC,
SDNY 23-CV-9926

8/22/24

Dear Judge McMahon:

    I represent Defendant Alan King LLC in the above-referenced action, and this is to request modification of the briefing schedule entered on July 30, 2024 regarding Plaintiff's Motion for Summary Judgment.

    My client has informed me that Alan King LLC may have insurance coverage for this dispute, which would significantly impact the case in the short term, particularly with regard to settlement discussions. Specifically, a claim has been submitted to carrier Hiscox USA under Claim Number 100.239.235, and we are currently awaiting the carrier's response. Defendant therefore respectfully requests that the briefing schedule be modified as follows:

    Service of Defendant's Opposition papers: Friday, 9/13/2024
    Service of Plaintiff's Reply papers: Friday, 9/27/2024

    This is the second request for extension filed by any party to the case. I have consulted with opposing counsel, and Plaintiff's counsel does not consent to this request. However, it is our good faith belief that Plaintiff will not be prejudiced by the granting of this request. Rather, Plaintiff will likely benefit from the granting of additional time to facilitate settlement.

    As such, we respectfully request that the above schedule be entered by the Court. Should the Court require any additional information, please contact the undersigned.

Respectfully submitted,

/s/ Todd Wengrovsky

Todd Wengrovsky

cc: Craig Sanders, *Counsel for Plaintiff*, via ECF