UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHOSEN FIGURE LLC,

    Plaintiff,

v.

ALAN KING LLC,

    Defendant.

Case No: 1:23-cv-09926-CM

**NOTICE OF SETTLEMENT**

*Handwritten note:* 9/24/2024 Case stayed for 30 days pending settlement. CM

*Stamp:* USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 9/24/2024

Now comes the plaintiff Chosen Figure LLC ("*Plaintiff*") by and through counsel, hereby notifies the Court that the parties have reached a settlement in principle in this matter and are in the process of documenting and performing their settlement obligations.

Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Voluntary Dismissal *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences and further request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

DATED: September 19, 2024

**SANDERS LAW GROUP**

By:    /s/ *Jaymie Sabilia-Heffert*
Jaymie Sabilia-Heffert, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jheffert@sanderslaw.group
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 19th day of September, 2024, a copy of the foregoing Notice was filed electronically by using the CM/ECF system, and that notification of this filing is to be provided to all counsel of record who have registered to receive notices from the court under the CM/ECF system.

/s/ *Jaymie Sabilia-Heffert*
Jaymie Sabilia-Heffert, Esq.